1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT ALAN GIBBS,                        No.  2:16-cv-1958 JAM GGH P

12                   Petitioner,

13        v.                                    FINDINGS AND RECOMMENDATIONS

14   SHASTA COUNTY,

15                   Respondent.

16

17        Petitioner is a Shasta County inmate proceeding pro se with an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  This action was dismissed and judgment entered on

19   September 26, 2016.  On October 3, 2016, petitioner filed objections, stating that he had never

20   received the findings and recommendations.  That filing was construed as a motion for relief from

21   judgment pursuant to Fed. R. Civ. P. 60(b)(6), and petitioner was permitted to file objections

22   within 14 days of receiving re-service of the findings and recommendations.  The order stated that

23   the objections would "be considered briefing pertinent to whether the court should reopen this

24   closed case…"  Petitioner has now filed objections.  (ECF No. 12).

25        Petitioner states that he does not object to dismissal of this action if he is permitted to

26   amend his habeas petition in case number 16-cv-1869 JAM KJN.  Petitioner's objections do not

27   warrant vacating the judgment.  Petitioner is informed that this referenced case has been

28   terminated, the petition in it having been construed as a motion to amend and placed in his first

1   filed habeas action, case number 2:16-cv-1629 JAM DB.  The undersigned did not construe the

2   petition in this action as a motion to amend under <u>Woods v. Carey</u>, 525 F.3d 886, 888 (9th Cir.

3   2008), as it was in case number 16-cv-1869, because the instant petition contained virtually

4   identical allegations to the petition in <u>Gibbs v. Shasta County</u>, No. 2:16-cv-1869 JAM KJN and

5   was therefore found to be duplicative of that case.[1]  Petitioner is informed that if he seeks to

6   amend his petition, he should file a motion to amend in the lead case, <u>Gibbs v. Attorney General</u>

7   <u>of California</u>, No. 2:16-cv-1629 JAM DB.

8          Accordingly, IT IS HEREBY RECOMMENDED that: petitioner's filing, (ECF No. 10),

9   construed as a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b)(6), be denied.

10         These findings and recommendations are submitted to the United States District Judge

11  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fourteen

12  (14) days after being served with these findings and recommendations, petitioner may file written

13  objections with the court and serve a copy on all parties.  Such a document should be captioned

14  "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that

15  failure to file objections within the specified time may waive the right to appeal the District

16  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

17  Dated: October 27, 2016

18                              <u>/s/ Gregory G. Hollows</u>
                          UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23
    GGH:076/gibb1958.60b
24

25

26

27  _____

    [1]  Case number 2:16-cv-1869 JAM KJN had not been closed at the time of this court's findings.
28

                                    2