UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALAN GIBBS,<br><br>             Petitioner,<br><br>       v.<br><br>SHASTA COUNTY,<br><br>             Respondent. | No.  2:16-cv-1958 JAM GGH P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2016, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 13.  Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed October 27, 2016, are adopted in full; and

    2. Petitioner's filing, (ECF No. 10), construed as a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b)(b), is denied.

DATED: November 30, 2016

                                                  /s/ John A. Mendez

                                                UNITED STATES DISTRICT COURT JUDGE